UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:  
SAUNJA JEANETTE SMITH  
106 OAKWAY DR  
MT VERNON, OH  43050

Case No:    05-78648

Judge:      C KATHRYN PRESTON

SSN(S):    XXX-XX-8423

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  May 05, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| FRIEDMANS JEWELERS<br>14045 ABERCORN ST STE 126<br>SAVANNAH, GA  31419 | 40.07 |